<br>

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM SPENCER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | )  Case No.: 1:13-cv-02024- JLT<br>)<br>)  ORDER DISMISSING PLAINTIFF'S<br>)  COMPLAINT WITH PREJUDICE AND<br>)  DIRECTING THE CLERK TO CLOSE THE<br>)  ACTION<br>)<br>)<br>) |

On July 3, 2014, Plaintiff William Spence and Defendant Carolyn Colvin, Acting Commissioner of Social Security, stipulated to dismiss this action with prejudice pursuant to of Fed.R.Civ.P. 41(a)(1)(A) and (B), with each party to bear its own fees, costs, and expenses.  (Doc. 11.)

Pursuant to the terms of the stipulation, it is **HEREBY ORDERED**:

1.  Plaintiff's social security appeal is **DISMISSED WITH PREJUDICE**;
2.  Each party shall bear its own fees, costs, and expenses; and
3.  The Clerk of Court **IS DIRECTED** to close this action because this Order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:  **July 7, 2014**          **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE

1